UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FANNY KIMBERLY ANGELES, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>BUY BUY BABY, INC.,<br><br>      Defendant. | Case No. 1:22-cv-01002<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fanny Kimberly Angeles hereby dismisses all claims against Defendant without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 25, 2022

                 Respectfully submitted,

                 **BURSOR & FISHER, P.A**

                 By: */s/ Yitzchak Kopel*
                    Yitzchak Kopel

                 Yitzchak Kopel
                 Alec M. Leslie
                 888 Seventh Avenue
                 New York, NY 10019
                 Telephone: (646) 837-7150
                 Facsimile: (212) 989-9163
                 Email: ykopel@bursor.com
                      aleslie@bursor.com

                 *Counsel for Plaintiff*