Clerk's Office
Filed Date: 4/15/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FANNY KIMBERLY ANGELES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BUY BUY BABY, INC.,

Defendant.

---

Case No. 1:22-cv-01002

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fanny Kimberly Angeles hereby dismisses all claims against Defendant without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 25, 2022

Respectfully submitted,

**BURSOR & FISHER, P.A**

By: */s/ Yitzchak Kopel*
Yitzchak Kopel

Yitzchak Kopel
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
aleslie@bursor.com

*Counsel for Plaintiff*

**So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 4/15/22

1